UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AJAIGOPAL VELAYUDHAN, on
behalf of himself individually and on
behalf of all others similarly
situated,

    Plaintiff,

v.                                         Case No. 3:23-cv-336-TJC-MCR

EMTEC GROUP, INC.,

    Defendant.

## O R D E R

This case is before the Court on Plaintiff Ajaigopal Velayudhan's Class Action Complaint. (Doc. 1). Velayudhan's complaint is due to be dismissed as a shotgun pleading. There are four types of shotgun pleadings:

> [1] The most common type—by a long shot—is a complaint containing multiple counts where each count adopts the allegations of all preceding counts, causing each successive count to carry all that came before and the last count to be a combination of the entire complaint. [2] The next most common type . . . is a complaint that . . . is guilty of the venial sin of being replete with conclusory, vague, and immaterial facts not obviously connected to any particular cause of action. [3] The third type of shotgun pleading is one that commits the sin of not separating into a different count each cause of action or claim for relief. [4] Fourth, and finally, there is the relatively rare sin of asserting multiple claims against multiple defendants without specifying which of the defendants are responsible for which acts or omissions, or which of the defendants the claim is brought against.

Weiland v. Palm Beach Cnty. Sheriff's Off., 792 F.3d 1313, 1321–23 (11th Cir. 2015) (footnotes omitted). Velayudhan's complaint is a quintessential type-one shotgun pleading. All Velayudhan's counts reincorporate the preceding counts, causing each successive count to carry all that came before and the last count to be a combination of the entire complaint. See (Doc. 1 ¶¶ 165, 179, 187, 198); Weiland, 792 F.3d at 1321–22. Velayudhan's amended complaint should only incorporate into each count the factual allegations pertinent to that cause of action. Accordingly, it is hereby

**ORDERED:**

Plaintiff's Complaint is **DISMISSED without prejudice**. Plaintiff shall file an amended complaint no later than **April 28, 2023**.

**DONE AND ORDERED** in Jacksonville, Florida the 7th day of April, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record