UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| AJAIGOPAL VELAYUDHAN, on behalf of himself individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>EMTEC GROUP, INC. d/b/a EMTEC, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.  3:23-cv-00336-TJC-MCR |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

　　Plaintiff Ajaigopal Velayudhan, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Emtec Group, Inc. d/b/a Emtec, Inc. without prejudice.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　 *s/ John J. Nelson*
　　　　　　　　　　　　　　　　　John J. Nelson  (admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　**MILBERG COLEMAN BRYSON**
　　　　　　　　　　　　　　　　　**PHILLIPS GROSSMAN, PLLC**
　　　　　　　　　　　　　　　　　402 W Broadway, Suite 1760
　　　　　　　　　　　　　　　　　San Diego, CA 92101
　　　　　　　　　　　　　　　　　Tel.:　(858) 209-6941
　　　　　　　　　　　　　　　　　jnelson@milberg.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 21, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

 *s/ John J. Nelson*
John J. Nelson  (admitted *Pro Hac Vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W Broadway, Suite 1760
San Diego, CA 92101
Tel.:    (858) 209-6941
jnelson@milberg.com