**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

AJAIGOPAL VELAYUDHAN, on behalf
of himself individually and on behalf of
all others similarly situated,

    Plaintiff,

v.   Case No. 3:23-cv-336-TJC-MCR

EMTEC GROUP, INC.,

    Defendant.

---

**O R D E R**

Upon review of Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 20), filed on August 21, 2023, this case is dismissed without prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of August, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record